IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 22-cv-00986-CNS-STV | Date: June 7, 2024 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| DONQUENICK YVONNE JOPPY  **Plaintiff** | *Robert Leichty*  *Lisa Sahli* |
| v. | |
| HCA-HEALTHONE LLC  BONNIE ANDREWS  LINDSAY JORDAN  BREANNE BURLEY  **Defendants** | *Andrew Barr*  *Martine Wells*  *David Powell Jr.* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:00 a.m.

Appearance of counsel.

The Court outlines how the hearing will proceed.

Argument as to [189] Plaintiff's Motion to Strike Opinions of Defendants' Expert Yolanda Anderson, [190] Plaintiff's Motion to Strike Opinions of Defendants' Non-Retained Expert Ahmad Alsaleem, and [191] Plaintiff's Motion to Strike Opinions of Defendants' Expert Courtney Thompson by Mr. Leichty and Mr. Barr with questions from the Court.

As outlined on the record, it is

**ORDERED: [190] Plaintiff's Motion to Strike Opinions of Defendants' Non-Retained Expert Ahmad Alsaleem is DENIED in part.**

**ORDERED:** **[189] Plaintiff's Motion to Strike Opinions of Defendants' Expert Yolanda Anderson is GRANTED in part and DENIED in part.**

**[191] Plaintiff's Motion to Strike Opinions of Defendants' Expert Courtney Thompson is GRANTED in part and DENIED in part.**

Argument as to [192] Plaintiff's Motion to Strike Opinions of Defendants' Expert Daniel Lantos by Ms. Sahli and Mr. Barr with questions from the Court.

As outlined on the record, it is

**ORDERED:** **[192] Plaintiff's Motion to Strike Opinions of Defendants' Expert Daniel Lantos is DENIED.**

Argument as to [194] Defendants' Motion to Exclude the Opinions and Testimony of Coneisha Sherrod Pursuant to Rules 402 and 702 by Ms. Sahli and Mr. Barr with questions from the Court.

As outlined on the record, it is

**ORDERED:** **[194] Defendants' Motion to Exclude the Opinions and Testimony of Coneisha Sherrod Pursuant to Rules 402 and 702 is GRANTED.**

**Plaintiff is to submit a proffer as to what Ms. Sherrod will testify to within two weeks, defense may respond two weeks thereafter.**

Discussion held on [193] Plaintiff's Motion to Strike Opinions of Defendants' Rebuttal Expert, Mark M. Flynn.

**ORDERED:** **After a ruling has been made as to expert witness Coneisha Sherrod, defense counsel is to file a notice with the Court within two weeks as to what Mark M. Flynn will testify to.**

**[264] Defendants' Partially Opposed Motion to Adjust Summary Judgment Page Limit and Request to File Two Motions is GRANTED in part and DENIED in part. Defendants may file two motions with a page limit of 20 pages each.**

Discussion held on discovery issues.

Court in Recess:  11:46 a.m.            Hearing concluded.            Total time in Court:  01:46