IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-00986-CNS-STV | Date: October 30, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DONQUENICK YVONNE JOPPY | *Robert Leichty* |
| | *Jennifer Robinson* |
| | *Lisa Sahli* |
| **Plaintiff** | |
| v. | |
| HCA-HEALTHONE LLC | *Andrew Barr* |
| BONNIE ANDREWS | *David Powell Jr.* |
| LINDSAY JORDAN | *Martine Wells* |
| BREANNE BURLEY | |
| **Defendants** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 12:59 p.m.

Appearance of counsel.

The Court outlines how the hearing will proceed.

Argument as to [271/277] Defendants' Motion for Summary Judgment: Malicious Prosecution Claim given by Mr. Barr and Ms. Sahli with questions from the Court.

As outlined on the record, it is

**ORDERED:** [271/277] Defendants' Motion for Summary Judgment: Malicious Prosecution Claim is GRANTED.

Argument as to [273] Defendant HCA-HealthOne LLC's Motion for Summary Judgment: Section 1981 Claim and After-Acquired Evidence Defense given by Mr. Barr and Ms. Robinson with questions from the Court.

As outlined on the record, it is

**ORDERED**     **[273] Defendant HCA-HealthOne LLC's Motion for Summary Judgment: Section 1981 Claim and After-Acquired Evidence Defense is DENIED in part and deferred ruling in part.**

The Court outlines practice standards as to font.

Discussion held on ruling as to Failure to Mitigate Defense.

Court in Recess: 3:25 p.m.　　　Hearing concluded.　　　Total time in Court: 02:26