IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-00986-CNS-STV

DONQUENICK YVONNE JOPPY,

    Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a THE MEDICAL CENTER OF AURORA,

    Defendant.

_____

**PLAINTIFF'S PROPOSED VOIR DIRE**
_____

Plaintiff, Donquenick Joppy, by and through her counsel, submits these voir dire suggested questions to the Court pursuant to the Court's Order and respectfully requests the Court to consider the following:

**Proposed Voir Dire Questions:**

1. "Have you or anyone close to you ever worked in a healthcare setting, such as a hospital or healthcare corporation?"

2. "Have you ever been employed in a job where you experienced or witnessed discrimination based on race or gender? Would that experience affect your ability to judge this case fairly?"

3. "Have you or anyone close to you ever been involved in a legal dispute with an employer over discrimination or retaliation? How did it resolve?"

4. "Do you believe that race discrimination exists in today's workplace."

5. "Are any of you personally acquainted with anyone employed by HCA-HealthOne or in the healthcare field in the Denver area?"

6. "Would any of you have difficulty awarding punitive damages if you find that the employer acted with malice or reckless indifference toward the plaintiff's rights?"

7. "In employment discrimination cases, it's often the case that there an employer will not admit to discriminatory intent. Would you be willing to consider patterns of behavior, timing, and other indirect evidence when evaluating whether discrimination or retaliation occurred?"

8. Do you believe in awarding money for mental anguish?

9. "Do you believe that large corporations sometimes prioritize profit over the rights and well-being of their employees?

10. "Do you think that large corporations should be treated differently from individuals when it comes to punitive damages? If so, how?"

11. "Would you be able to set aside any biases about large corporations and focus solely on the evidence when deciding whether punitive damages should be awarded in this case?"

12. "Have you or anyone close to you ever worked in Human Resources or in a position where you had to handle employee complaints?"

13. "In your view, if an employee makes a complaint about mistreatment or discrimination in the workplace, how should the employer respond to ensure that the complaint is addressed fairly?"

14. "Do you believe that when an employee complains about discrimination or harassment, the employer has an obligation to protect that employee from retaliation?"

15. "Do you have any strong feelings, positive or negative, about someone using marijuana for medical purposes? Would those feelings affect your ability to judge this case fairly?"

16. "Have you ever been in a workplace where you observed bullying or harassment? How do you feel about the way that situation was handled by the employer?"

17. "Do you think that employees who are being bullied in the workplace should have the right to report the behavior without fear of retaliation or negative consequences?"

18. "Do you believe that some employees are more likely to be targeted for bullying based on their race, gender, or other personal characteristics?"

19. How important is it for an employer to create a respectful and professional environment?"

20. "Do you believe that an employer's true motive can sometimes be hidden behind a false or incomplete explanation for an employee's termination or discipline? How would you go about evaluating the authenticity of the employer's explanation?"

Respectfully submitted this 17TH day of July 2025.

> ROBINSON & ASSOCIATES LAW OFFICE
> s/Jennifer Robinson
> Jennifer Robinson
> Robinson & Associates Law Office, LLC
> 7900 E. Union Avenue, Suite 1100
> Denver, CO 80237
> (303) 872-3063
> Email: jrobinson@raemployment.com
>
> ATTORNEY FOR PLAINTIFF

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on July 17, 2025 a true and correct copy of the foregoing was electronically served via the Court's Electronic Filing system.

/s Jennifer Robinson