**PLAINTIFF'S OBJECTIONS TO JOINT EXHIBIT LIST[1]**

CASE NO. 22-cv-00986-CNS-STV

CASE CAPTION *DONQUENICK JOPPY vs. HCA-HEALTHONE d/b/a THE MEDICAL CENTER OF AURORA*      DATE <u>7/29/2025</u>

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | Employee Handbook | Both | Def. | | | | | |
| 2. | | Policy - Discipline, Counseling, Corrective Action | Both | Def. | | | | | |
| 3. | | Policy- Facility Event and Close Call Reporting | Both | | | | | | |
| 4. | | Code of Conduct | Pl. | | | | | | |
| 5. | | Just Culture | Both | | | | | | |
| 6. | | Just Culture Slides | | | | | | | Authenticity/Lack of Foundation/Hearsay |

[1] On July 25, 2025, Defendant served a revised exhibit list with renumbered exhibits differing from the previously filed and mutually agreed-upon exhibit list sent to the Court. Defendant made these changes without consulting Plaintiff. In an effort to avoid unnecessary dispute or delay, Plaintiff has agreed to adopt Defendant's revised numbering and has renumbered her exhibits accordingly.

[2] Plaintiff's objections begin with Exhibit 104.  For the Court's convenience the entire Exhibit List is provided with Defendant's objections also included.

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 7. | | Just Culture Algorithm | Both | | | | | | |
| 8. | | Just Culture Error Types | Both | | | | | | |
| 9. | | Email of Jan. 6, 2021 | Both | | | | | | Lack of relevance |
| 10. | | Performance Evaluation | Both | Def. | | | | | |
| 11. | | Job Description | Pl. | | | | | | Cumulative |
| 12. | | Text Messages | Pl. | | | | | | Hearsay |
| 13. | | Text Messages | Pl. | | | | | | |
| 14. | | Text Messages | Both | | | | | | |
| 15. | | Daisy Award Nominations | Pl. | | | | | | Hearsay |
| 16. | | Daisy – Facebook Post Video | Pl. | | | | | | Cumulative / irrelevant / waste of time |
| 17. | | Good day Colorado Video | Pl. | | | | | | Cumulative / irrelevant / waste of time / hearsay |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | PIP | Both | Def. | | | | | |
| 19. | | Patient Safety Analysis / /internal QM report re S. Brown | Both | Def. | | | | | |
| 20. | | Email of March 30, 2019 | Both | Def. | | | | | |
| 21. | | Emails of May 31, 2019 | Both | Def. | | | | | |
| 22. | | Complaint to Corporate | Both | Def. | | | | | |
| 23. | | Termination Form | Both | Def. | | | | | |
| 24. | | Burley email of June 3, 2019 | Both | Def. | | | | | |
| 25. | | CDPHE Log | Both | | | | | | D.C.COLO.LCivR 7.2(c)(2).[3] Confidential Objection[4] |
| 26. | | CDPHE Occurrence Description with | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[5] |

[3] 7.2(c)(2): A Motion to Restrict shall: "Address the interest to be protected and why such interest outweighs the presumption of public access (stipulations between the parties or stipulated protective orders with regard to discovery, alone, are insufficient to justify restriction".)

[4] This exhibit needs to be Confidential, and needs bates and confidentiality designations.

[5] This exhibit needs to be Confidential, and needs bates and confidentiality designations.

3

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| | | QM Event Record | | | | | | | |
| 27. | | CDPHE Occurrence Description with QM Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[6] |
| 28. | | CDPHE Occurrence Description with QM Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[7] |
| 29. | | CDPHE Occurrence Description with QM Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[8] |
| 30. | | CDPHE Occurrence Description | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[9] |
| 31. | | CDPHE Occurrence Description | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[10] |
| 32. | | Employee Safety Violations – non redacted version | Both | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[11] |

---

[6] This exhibit needs to be Confidential, and needs bates and confidentiality designations.
[7] This exhibit needs to be Confidential, and needs bates and confidentiality designations.
[8] This exhibit needs to be Confidential, and needs bates and confidentiality designations.
[9] This exhibit needs to be Confidential, and needs bates and confidentiality designations.
[10] This exhibit needs to be Confidential, and needs bates and confidentiality designations.
[11] This exhibit has been marked Confidential – Attorneys' Eyes Only.

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 33. | | Patient Event Records | Both | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[12] |
| 34. | | Email of May 31, 2019 | Both | Def. | | | | | |
| 35. | | Occurrence Report | Both | Def. | | | | | Hearsay/Duplicative |
| 36. | | Communication of Verbal Orders | Both | Def. | | | | | |
| 37. | | DNR Policy | Both | | | | | | Irrelevant |
| 38. | | Withdrawal Support Policy | Both | Def. | | | | | |
| 39. | | ICU – Standard of Patient Care | Both | Def. | | | | | |
| 40. | | Supportive Care End of Life Policy | Both | Def. | | | | | |
| 41. | | ICU Scope of Service Policy | Both | Def. | | | | | |
| 42. | | Ventilator Management Policy | Both | Def. | | | | | |

---

[12] This exhibit needs to be Confidential, and needs bates and confidentiality designations.

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 43. | | Extubation of Patients Guideline | Both | Def. | | | | | |
| 44. | | Title 12, Article 255 | Pl. | | | | | | Irrelevant/No Foundation |
| 45. | | Karen Welter Notes | Pl. | | | | | | Duplicative |
| 46. | | Joppy Phone Log | Both | | | | | | |
| 47. | | Brown Record | Pl. | | | | | | Object – use the full certified medical record at Ex. 159 |
| 48. | | Brown Record | Pl. | | | | | | Object – use the full certified medical record at Ex. 159 |
| 49. | | Brown Record | Pl. | | | | | | Object – use the full certified medical record at Ex. 159 |
| 50. | | Brown Record | Pl. | | | | | | Object – use the full certified medical record at Ex. 159 |
| 51. | | Brown Record | Pl. | | | | | | Object – use the full certified medical record at Ex. 159 |
| 52. | | Email of May 29, 2019 | Both | Def. | | | | | |
| 53. | | Brown – Certificate of Death | Both | Def. | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 54. | | Joppy Handwritten Statement | Both | Def. | | | | | |
| 55. | | Hoskins Letter of November 19, 2021 | | Pl. | | | | | Irrelevant / MIL |
| 56. | | Hoskins Letter of November 21, 2021 | | Pl. | | | | | Irrelevant / MIL |
| 57. | | Motion to Dismiss all Counts – Sep 21, 2021 | Both | | | | | | |
| 58. | | DELETED | Pl. | | | | | | |
| 59. | | DELETED | Both | | | | | | Irrelevant |
| 60. | | DELETED | Both | | | | | | |
| 61. | | Board of Nursing Letter of Concern | Both | Def. | | | | | |
| 62. | | DELETED | | | | | | | |
| 63. | | Occurrence Reporting Manual | Both | Def. | | | | | |
| 64. | | Email – Scheduling | Both | Def. | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 65. | | CDPHE Final Report | Both | Def. | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[13] |
| 66. | | Email Re DQ | Pl. | | | | | | Irrelevant / Hearsay / MIL ruling re AG charging |
| 67. | | Event Information | Pl. | | | | | | |
| 68. | | Event Information | Pl. | | | | | | |
| 69. | | Patient Event Record | Pl. | | | | | | |
| 70. | | Patient Event Record | Pl. | | | | | | |
| 71. | | Patient Event Record | Pl. | | | | | | |
| 72. | | Patient Event Record | Pl. | | | | | | |
| 73. | | Patient Event Record | Pl. | | | | | | |
| 74. | | Patient Event Record | Pl. | | | | | | |

---

[13] This exhibit was produced by the AG's office and is marked Confidential.

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 75. | | Patient Event Record | Pl. | | | | | | |
| 76. | | Russell Mental Health Notes re Joppy – 11-30-23 | Pl. | | | | | | |
| 77. | | Defendant's Second Supplemental Responses to Requests Subject to Agreement Reached on November 30, 2024 – 01-28-25 | Both | Def. | | | | | |
| 78. | | DELETED | Pl. | | | | | | |
| 79. | | DELETED | Pl. | | | | | | |
| 80. | | Letter from American Heart Association | Pl. | | | | | | Relevance |
| 81. | | Award from American Heart Association | Pl. | | | | | | Relevance |
| 82. | | DELETED | Pl. | | | | | | Relevance |
| 83. | | W-2 | Pl. | | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 84. | | Email Chain re Responding to Attorney General – 09-19-19 | Both | | | | | | Relevance |
| 85. | | Email –re Darryl Shafer from A. Waugh – 05-30-19 | Both | Def. | | | | | |
| 86. | | Email re Right Track of PIP – 03-21-19 | Both | | | | | | |
| 87. | | Email – Friedland to Weihe – 01-14-21 | Both | | | | | | Relevance / MIL |
| 88. | | Email – Weihe to Flageolle re Follow Up Questions – 05-14-21 | Both | | | | | | Relevance / MIL |
| 89. | | Email re RNs on PIPs – 03-08-19 | Both | Def. | | | | | |
| 90. | | Email – Page to Pilon re Concerns – 04-24-18 | Both | Def. | | | | | Duplicative |
| 91. | | Email Chain – Page to Pilon re Concerns – 04-25-18 | Both | Def. | | | | | |
| 92. | | Email re Finger Gesture – 11-13-18 | Both | Def. | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 93. | | Email re DQ Issue – 11-19-18 | Both | Def. | | | | | Duplicative |
| 94. | | Email re Finder Incident – 11-14-18 | Both | Def. | | | | | Duplicative |
| 95. | | Email – Jordan to Page re Joppy – 03-07-19 | Pl. | | | | | | Duplicative |
| 96. | | Peer Review | Both | | | | | | Irrelevant /Harassment |
| 97. | | Corrective Action | Both | | | | | | Irrelevant /Harassment |
| 98. | | Corrective Action | Both | | | | | | Irrelevant /Harassment |
| 99. | | Corrective Action | Both | | | | | | Irrelevant /Harassment |
| 100. | | DNR Policy | Both | | | | | | |
| 101. | | Email – Weihe to Flageolle re Positing – 01-14-21 | Both | | | | | | Irrelevant |
| 102. | | Bodnarczuk Interview | Pl. | | | | | | Hearsay /Not Authentic |
| 103. | | Email Chain – Joppy to Oleszczuk | Both | Def. | | | | | Cumulative |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| | | regarding Feedback and Heart Class – 01-27-19 | | | | | | | |
| 104. | | Letter – DORA to Joppy regarding Objection Letter – 11-04-20 | Def. | | | | | | F.R.E. 401, 402, 403 |
| 105. | | Confidential Investigation of Karen Welter, RN – 06-03-19 | Both | | | | | | F.R.E. 403, 803(6), 805, 701 |
| 106. | | Confidential Investigation of Darryl Shafer, Respiratory Therapist – 05-31-19 | Both | | | | | | F.R.E. 403, 803(6), 805, 701 |
| 107. | | Confidential Investigation of Lindsay Jordan, Clinical Nurse Coordinator – 06-03-19 | Both | | | | | | F.R.E. 403, 803(6), 805, 701 Duplicative |
| 108. | | Confidential Investigation of Donquenick (DQ) Joppy, RN – 06-03-19 | Both | | | | | | F.R.E. 403, 803(6), 805, 701 |
| 109. | | Confidential Investigation - Summary – 06-03-19 | Both | | | | | | F.R.E. 403, 803(6), 805, 701 |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 110. | | Joppy Competencies/Trainings/Health Streams | Both | | | | | | F.R.E. 401, 402, 403 |
| 111. | | Email Chain between Mike Oleszczuk and Joppy – 01-27-19 | Both | | | | | | F.R.E. 401, 402, 403 |
| 112. | | Colorado Occurrence Report of Neglect Submitted by Bonnie Andrews – 05-31-19 | Both | | | | | | |
| 113. | | Email Chain – Garrett to Walker and Rehak regarding 4 RNs listed as low performers – 03-20-19 | Def. | | | | | | |
| 114. | | Is This Task Within My Scope of Practice? | Def. | Def. | | | | | |
| 115. | | Social Media Post – Twitter – As long as I am black, I am fighting – 12-31-21 | Def. | Def. | | | | | F.R.E. 401, 402, 403, 404, 608(b). |
| 116. | | Peak Mental Health Records - 07-21-17 | Both | Def. | | | | | F.R.E. 106, 403.  (One Exhibit for all records.) |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 117. | | Peak Mental Health Records – 08-31-17 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 118. | | Peak Mental Health Records – 01-16-18 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 119. | | Peak Mental Health Records – 05-09-18 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 120. | | Peak Mental Health Records – 09-04-18 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 121. | | Peak Mental Health Records – 12-18-18 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 122. | | Peak Mental Health Records – 03-12-19 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 123. | | Peak Mental Health Records – 06-04-19 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 124. | | Peak Mental Health Records – 11-21-19 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 125. | | Peak Mental Health Records – 09-03-20 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 126. | | Peak Mental Health Records – 11-30-20 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 127. | | Peak Mental Health Records – 01-25-21 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 128. | | Peak Mental Health Records – 04-19-21 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 129. | | Peak Mental Health Records – 07-12-21 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 130. | | Peak Mental Health Records – 01-11-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 131. | | Peak Mental Health Records – 02-07-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 132. | | Peak Mental Health Records – 05-11-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 133. | | Peak Mental Health Records – 06-15-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 134. | | Peak Mental Health Records – 08-24-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 135. | | Peak Mental Health Records – 09-19-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 136. | | Peak Mental Health Records – 11-01-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 137. | | Peak Mental Health Records – 12-06-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 138. | | Peak Mental Health Records  03-01-23 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 139. | | Peak Mental Health Records – 04-27-23 | Both | Def. | | | | | F.R.E. 106, 403.  (One Exhibit for all records.) |
| 140. | | Peak Mental Health Records – 08-23-23 | Both | Def. | | | | | F.R.E. 106, 403.  (One Exhibit for all records.) |
| 141. | | Initial and Supplementary Summaries – Occurrence Date 05-24-19 | Both | | | | | | F.R.E. 106 |
| 142. | | Email Chain – Kenny to Joppy – Responding to Questions – 12-21-20 | Def. | | | | | | F.R.E. 401, 402, 403, 404. |
| 143. | | Joppy's Application for RN ICU/CCU Nights – 05-03-17 | Def. | | | | | | F.R.E. 401, 402, 403, 404, 608(b) |
| 144. | | Correspondence about | Def. | Def. | | | | | |
| 145. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 146. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 147. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 148. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 149. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 150. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 151. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | F.R.E. 401, 402, 403 |
| 152. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 153. | | Correspondence about and/or with Joppy | Def. | | | | | | F.R.E. 106, 403 |
| 154. | | Correspondence about and/or with Joppy | Def. | | | | | | F.R.E. 401, 402, 403 |
| 155. | | Correspondence about and/or with Joppy | Def. | | | | | | |
| 156. | | Correspondence about and/or with Joppy | Def. | | | | | | |
| 157. | | Correspondence about and/or with Joppy | Def. | | | | | | |
| 158. | | Correspondence about and/or with Joppy | Def. | | | | | | F.R.E. 401, 402, 403 |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 159. | | Brown – TMCA Certified/Official Medical Record | Both | Def. | | | | | |
| 160. | | Brown – Patient Audit Log & Key | Def. | Def. | | | | | |
| 161. | | Ulrich correspondence with Andrews 5/31 – 6/3/2019 | Def. | Def. | | | | | F.R.E.106, 401, 402, 403, 901 |
| 162. | | TMCA End of Life/Intensive Comfort Order Set | Def. | Def. | | | | | |
| 163. | | Unemployment File | Def. | | | | | | F.R.E. 401, 402, 403, 404, 608(b) |
| 164. | | TMCA Substance Use in the Workplace Policies | Def. | Def. | | | | | F.R.E. 401, 402, 403, 404, 608(b) |
| 165. | | TPCA Reasonable Suspicion Checklist | Def. | Def. | | | | | F.R.E. 401, 402, 403, 404, 608(b) |
| 166. | | TMCA applicants not hired due to marijuana | Def. | Def. | | | | | F.R.E. 401, 402, 403, 404, 608(b) |
| 167. | | TMCA employees terminated due to marijuana | Def. | Def. | | | | | F.R.E. 401, 402, 403, 404, 608(b) |
| 168. | | Joppy New Hire Paperwork | Def. | Def. | | | | | F.R.E. 401, 402, 403, 802 |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 169. | | Exemplary endotracheal and related tubing | Def. | Def. | | | | | F.R.E. 401, 402, 403. Motion in Limine |
| 170. | | Yolanda Anderson – Report dated July 31, 2021 | Def. | | | | | | F.R.E. 401, 402, 403, 703, 802 |
| 171. | | Courtney Thompson Report dated July 19, 2021 | Def. | | | | | | F.R.E. 401, 402, 403, 703, 802 |
| 172. | | TMCA Policy & Procedure re Extubation | Def. | | | | | | F.R.E. 401, 402, 403 |
| 173. | | Joppy's Social Media | Def. | | | | | | F.R.E. 401, 402, 403, 404(a) 608(b) |
| 174. | | Email – Wanting to Know if an occurrence was submitted – 05-30-19 | Def. | | | | | | |
| 175. | | Social Media Post – White People are Scary – 07-05-21 | Def. | | | | | | F.R.E. 401, 402, 403, 404(a) 608(b) |
| 176. | | Email Chain – Roberts to Joppy re Documentation – 08-07-20 | | | | | | | F.R.E. 401, 402, 403, 802 Collateral Issue |
| 177. | | Video re Most Dangerous Woman in the World | | | | | | | F.R.E. 401, 402, 403, 404(a) 608(b) |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 178. | | Letter – BON to Joppy re Complaint – 06-10-19 | Def. | | | | | | F.R.E. 401, 402, 403, 802 Collateral Issue |
| 179. | | St. Josephs' Certification Letter and Documents | Def. | | | | | | F.R.E. 401, 402, 403, 404(a) 608(b) collateral issue. |
| 180. | | Board of Nursing Certification Letter | Def. | | | | | | F.R.E. 401, 402, 403, 802. Collateral Issue |
| 181. | | Email – Page to Guy re Employee Engagement Action Planning – 03-06-19 | Def. | | | | | | F.R.E. 106, 403 |
| 182. | | Job Application | Def. | | | | | | F.R.E. 401, 402, 403, 404(a), 608(b) Collateral Issue |
| 183. | | Email re Ventilator 05/30/19 with attachments | Def. | | | | | | |
| 184. | | Corrective Action Form (draft) | Def. | | | | | | F.R.E. 401, 402, 403, 1002 |
| 185. | | Conversation Guidelines re Low Performer / DQ Joppy | Def. | | | | | | F.R.E. 401, 402, 403 |
| 186. | | Corrective Action re Behavior (draft) | Def. | | | | | | F.R.E. 401, 402, 403, 1002 |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO[2] |
|---|---|---|---|---|---|---|---|---|---|
| 187. | | DELETED | | | | | | | Lack of foundation / lack of expert testimony / authenticity |
| 188. | | DELETETD | | | | | | | Lack of foundation / lack of expert testimony / authenticity |
| 189. | | DELETED | | | | | | | Cumulative |
| 190. | | Russell File | | | | | | | |
| 191. | | DELETEDt | | | | | | | |