**FINAL JOINT EXHIBIT LIST**

CASE NO.: 22-cv-00986-CNS-STV

CASE CAPTION: *DONQUENICK JOPPY vs. HCA-HEALTHONE d/b/a THE MEDICAL CENTER OF AURORA*        DATE 8/8/2025

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | Employee Handbook | Both | Def. | | | | | |
| 2. | | Policy - Discipline, Counseling, Corrective Action | Both | Def. | | | | | |
| 3. | | Policy- Facility Event and Close Call Reporting | Both | | | | | | |
| 4. | | Code of Conduct | Pl. | | | | | | |
| 5. | | Just Culture | Pl. | | | | | | Relevance/Hearsay/Authenticity |
| 6. | | Just Culture Slides | Def. | | | | | | Authenticity/Lack of Foundation/Hearsay |
| 7. | | Just Culture Algorithm | Both | | | | | | Relevance/Hearsay |
| 8. | | Just Culture Error Types | Both | | | | | | Relevance/Hearsay |
| 9. | | Email of Jan. 6, 2021 | Both | | | | | | Lack of relevance/Hearsay |

1

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 10. | | Performance Evaluation | Both | Def. | | | | | |
| 11. | | Job Description | Pl. | | | | | | Cumulative |
| 12. | | Text Messages | Pl. | | | | | | Hearsay/Authenticity |
| 13. | | Text Messages | Pl. | | | | | | Hearsay |
| 14. | | Text Messages | Both | | | | | | Hearsay |
| 15. | | Daisy Award Nominations | Pl. | | | | | | Hearsay/Irrelevant |
| 16. | | Daisy – Facebook Post Video | Pl. | | | | | | Cumulative / irrelevant / waste of time |
| 17. | | Good day Colorado Video | Pl. | | | | | | Cumulative / irrelevant / waste of time / hearsay |
| 18. | | PIP | Both | Def. | | | | | |
| 19. | | Patient Safety Analysis / /internal QM report re S. Brown | Both | Def. | | | | | |
| 20. | | Email of March 30, 2019 | Both | Def. | | | | | |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 21. | | Emails of May 31, 2019 | Both | Def. | | | | | |
| 22. | | Complaint to Corporate | Both | Def. | | | | | |
| 23. | | Termination Form | Both | Both | | | | | |
| 24. | | Burley email of June 3, 2019 | Both | Def. | | | | | |
| 25. | | CDPHE Log | Both | | | | | | D.C.COLO.LCivR 7.2(c)(2)[1]. Confidential Objection[2]  Irrelevant/Hearsay |
| 26. | | CDPHE Occurrence Description with QM Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[3]  Irrelevant/Hearsay |
| 27. | | CDPHE Occurrence Description with QM Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[4]  Irrelevant/Hearsay |

---

[1] 7.2(c)(2): A motion to Restrict shall: "Address the interest to be protected and why such interest outweighs the presumption of public access (stipulations between the parties or stipulated protective orders with regard to discovery, alone, are insufficient to justify restriction".)

[2] This exhibit was marked Confidential in discovery. Plaintiff removed the bates and confidentiality designations.

[3] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.

[4] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 28. | | CDPHE Occurrence Description with QM Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[5] <br><br> Irrelevant/Hearsay |
| 29. | | CDPHE Occurrence Description with QM Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[6] <br><br> Irrelevant/Hearsay |
| 30. | | CDPHE Occurrence Description | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[7] <br><br> Irrelevant/Hearsay |
| 31. | | CDPHE Occurrence Description | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[8] <br><br> Irrelevant/Hearsay |
| 32. | | Employee Safety Violations – non redacted version | Both | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[9] <br><br> Irrelevant |
| 33. | | Patient Event Records | Both | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[10] |

[5] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.
[6] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.
[7] This exhibit was marked Confidential in discovery. Plaintiff removed the bates and confidentiality designations.
[8] This exhibit was marked Confidential in discovery. Plaintiff removed the bates and confidentiality designations.
[9] This exhibit has been marked Confidential – Attorneys' Eyes Only.
[10] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Irrelevant |
| 34. | | Email of May 31, 2019 | Both | Def. | | | | | |
| 35. | | Occurrence Report | Both | Both | | | | | Hearsay/Duplicative (see Ex. 65) |
| 36. | | Communication of Verbal Orders | Both | Def. | | | | | |
| 37. | | DNR Policy | Both | | | | | | Irrelevant |
| 38. | | Withdrawal Support Policy | Both | Def. | | | | | |
| 39. | | ICU – Standard of Patient Care | Both | Def. | | | | | |
| 40. | | Supportive Care End of Life Policy | Both | Def. | | | | | |
| 41. | | ICU Scope of Service Policy | Both | Def. | | | | | |
| 42. | | Ventilator Management Policy | Both | Both | | | | | |
| 43. | | Extubation of Patients Guideline | Both | Def. | | | | | |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 44. | | Title 12, Article 255 | Pl. | Both | | | | | Irrelevant/No Foundation |
| 45. | | Karen Welter Notes | Pl. | | | | | | Duplicative - use full certified record |
| 46. | | Joppy Phone Log | Both | | | | | | Hearsay |
| 47. | | Brown Record | Pl. | | | | | | Object – use the full certified medical record at Ex. 159; Rule of Completeness |
| 48. | | Brown Record | Pl. | | | | | | Object – use the full certified medical record at Ex. 159; Rule of Completeness |
| 49. | | Brown Record | Pl. | | | | | | Object – use the full certified medical record at Ex. 159; Rule of Completeness |
| 50. | | Brown Record | Pl. | | | | | | Object – use the full certified medical record at Ex. 159; Rule of Completeness |
| 51. | | Brown Record | Pl. | | | | | | Object – use the full certified medical record at Ex. 159; Rule of Completeness |
| 52. | | Email of May 29, 2019 | Both | Def. | | | | | |
| 53. | | Brown – Certificate of Death | Both | Def. | | | | | |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 54. | | Joppy Handwritten Statement | Both | Def. | | | | | |
| 55. | | Hoskins Letter of November 19, 2021 | Pl. | | | | | | Irrelevant / MIL |
| 56. | | Hoskins Letter of November 21, 2021 | Pl. | | | | | | Irrelevant / MIL |
| 57. | | Motion to Dismiss all Counts – Sep 21, 2021 | Both | | | | | | Irrelevant/Hearsay |
| 58. | | DELETED | | | | | | | |
| 59. | | DELETED | | | | | | | |
| 60. | | DELETED | | | | | | | |
| 61. | | Board of Nursing Letter of Concern | Both | Def. | | | | | |
| 62. | | DELETED | | | | | | | Hearsay / MIL ruling |
| 63. | | Occurrence Reporting Manual | Both | Def. | | | | | |
| 64. | | Email – Scheduling | Both | Def. | | | | | |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 65. | | CDPHE Final Report | Both | Both | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[11] |
| 66. | | Email Re DQ | Pl. | | | | | | Irrelevant / Hearsay / MIL ruling re AG charging |
| 67. | | Event Information | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[12] |
| 68. | | Event Information | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[13] |
| 69. | | Patient Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[14] |
| 70. | | Patient Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[15] |
| 71. | | Patient Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[16] |
| 72. | | Patient Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). |

[11] This exhibit was produced by the AG's office and is marked Confidential.
[12] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.
[13] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.
[14] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.
[15] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.
[16] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Confidential Objection[17] |
| 73. | | Patient Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[18] |
| 74. | | Patient Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[19] |
| 75. | | Patient Event Record | Pl. | | | | | | D.C.COLO.LCivR 7.2(c)(2). Confidential Objection[20] |
| 76. | | Russell Mental Health Notes re Joppy – 11-30-23 | Pl. | | | | | | |
| 77. | | Defendant's Second Supplemental Responses to Requests Subject to Agreement Reached on November 30, 2024 – 01-28-25 | Both | Def. | | | | | |

[17] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.
[18] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.
[19] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.
[20] This exhibit was marked Confidential – Attorneys' Eyes Only in discovery. Plaintiff removed the bates and confidentiality designations.

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 78. | | DELETED | | | | | | | |
| 79. | | DELETED | | | | | | | |
| 80. | | Letter from American Heart Association | Pl. | | | | | | Relevance/Hearsay |
| 81. | | Award from American Heart Association | Pl. | | | | | | Relevance/Hearsay |
| 82. | | DELETED | | | | | | | |
| 83. | | W-2s - Non-Hospital | Pl. | | | | | | Irrelevant |
| 84. | | Email Chain re Responding to Attorney General – 09-19-19 | Both | | | | | | Relevance/Hearsay |
| 85. | | Email –re Darryl Shafer from A. Waugh – 05-30-19 | Both | Def. | | | | | |
| 86. | | Email re Right Track of PIP – 03-21-19 | Both | | | | | | |
| 87. | | Email – Friedland to Weihe – 01-14-21 | Both | | | | | | Relevance/MIL/ Hearsay |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 88. | | Email – Weihe to Flageolle re Follow Up Questions – 05-14-21 | Both | | | | | | Relevance/MIL/ Hearsay |
| 89. | | Email re RNs on PIPs – 03-08-19 | Both | Def. | | | | | |
| 90. | | Email – Page to Pilon re Concerns – 04-24-18 | Both | Def. | | | | | Duplicative |
| 91. | | Email Chain – Page to Pilon re Concerns – 04-25-18 | Both | Def. | | | | | |
| 92. | | Email re Finger Gesture – 11-13-18 | Both | Def. | | | | | |
| 93. | | Email re DQ Issue – 11-19-18 | Both | Def. | | | | | Duplicative |
| 94. | | Email re Finger Incident – 11-14-18 | Both | Def. | | | | | Duplicative |
| 95. | | Email – Jordan to Page re Joppy – 03-07-19 | Both | | | | | | |
| 96. | | Peer Review | Both | | | | | | Irrelevant /Harassment/Hearsay |
| 97. | | Corrective Action | Both | | | | | | Irrelevant /Harassment/Hearsay |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 98. | | Corrective Action | Both | | | | | | Irrelevant /Harassment/Hearsay |
| 99. | | Corrective Action | Both | | | | | | Irrelevant /Harassment/Hearsay |
| 100. | | DNR Policy | Both | | | | | | |
| 101. | | Email – Weihe to Flageolle re Positing – 01-14-21 | Both | | | | | | Irrelevant/Hearsay |
| 102. | | Bodnarczuk Interview | Pl. | | | | | | Hearsay /Not Authentic |
| 103. | | Email Chain – Joppy to Oleszczuk regarding Feedback and Heart Class – 01-27-19 | Both | Def. | | | | | Cumulative |
| 104. | | Letter – DORA to Joppy regarding Objection Letter – 11-04-20 | Def. | | | | | | F.R.E. 401, 402, 403 |
| 105. | | Confidential Investigation of Karen Welter, RN – 06-03-19 | Both | | | | | | F.R.E. 403, 803(6), 805, 701 |
| 106. | | Confidential Investigation of Darryl Shafer, | Both | | | | | | F.R.E. 403, 803(6), 805, 701 |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | Respiratory Therapist – 05-31-19 | | | | | | | |
| 107. | | Confidential Investigation of Lindsay Jordan, Clinical Nurse Coordinator – 06-03-19 | Both | | | | | | F.R.E. 403, 803(6), 805, 701<br><br>Duplicative |
| 108. | | Confidential Investigation of Donquenick (DQ) Joppy, RN – 06-03-19 | Both | | | | | | F.R.E. 403, 803(6), 805, 701 |
| 109. | | Confidential Investigation - Summary – 06-03-19 | Both | | | | | | F.R.E. 403, 803(6), 805, 701 |
| 110. | | Joppy Competencies/ Trainings/ Health Streams | Both | | | | | | F.R.E. 401, 402, 403 |
| 111. | | Email Chain between Mike Oleszczuk and Joppy – 01-27-19 | Both | | | | | | F.R.E. 401, 402, 403 |
| 112. | | Colorado Occurrence Report of Neglect Submitted by Bonnie | Both | Both | | | | | |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Andrews – 05-31-19 |  |  |  |  |  |  |  |
| 113. |  | Email Chain – Garrett to Walker and Rehak regarding 4 RNs listed as low performers – 03-20-19 | Def. |  |  |  |  |  |  |
| 114. |  | Is This Task Within My Scope of Practice? | Def. | Def. |  |  |  |  |  |
| 115. |  | Social Media Post – Twitter – As long as I am black, I am fighting – 12-31-21 | Def. | Def. |  |  |  |  | F.R.E. 401, 402, 403, 404, 608(b). |
| 116. |  | Peak Mental Health Records – 07-21-17 | Both | Def. |  |  |  |  | F.R.E. 106, 403. (One Exhibit for all records.) |
| 117. |  | Peak Mental Health Records – 08-31-17 | Both | Def. |  |  |  |  | F.R.E. 106, 403. (One Exhibit for all records.) |
| 118. |  | Peak Mental Health Records – 01-16-18 | Both | Def. |  |  |  |  | F.R.E. 106, 403. (One Exhibit for all records.) |
| 119. |  | Peak Mental Health Records – 05-09-18 | Both | Def. |  |  |  |  | F.R.E. 106, 403. (One Exhibit for all records.) |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | Peak Mental Health Records – 09-04-18 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 121. | | Peak Mental Health Records – 12-18-18 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 122. | | Peak Mental Health Records – 03-12-19 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 123. | | Peak Mental Health Records – 06-04-19 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 124. | | Peak Mental Health Records – 11-21-19 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 125. | | Peak Mental Health Records – 09-03-20 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 126. | | Peak Mental Health Records – 11-30-20 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 127. | | Peak Mental Health Records – 01-25-21 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 128. | | Peak Mental Health Records – 04-19-21 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 129. | | Peak Mental Health Records – 07-12-21 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 130. | | Peak Mental Health Records – 01-11-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 131. | | Peak Mental Health Records – 02-07-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 132. | | Peak Mental Health Records – 05-11-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 133. | | Peak Mental Health Records – 06-15-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 134. | | Peak Mental Health Records – 08-24-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 135. | | Peak Mental Health Records – 09-19-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 136. | | Peak Mental Health Records – 11-01-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 137. | | Peak Mental Health Records – 12-06-22 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 138. | | Peak Mental Health Records – 03-01-23 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 139. | | Peak Mental Health Records – 04-27-23 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 140. | | Peak Mental Health Records – 08-23-23 | Both | Def. | | | | | F.R.E. 106, 403. (One Exhibit for all records.) |
| 141. | | Initial and Supplementary Summaries – | Both | | | | | | F.R.E. 106 |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | Occurrence Date 05-24-19 | | | | | | | |
| 142. | | Email Chain – Kenny to Joppy – Responding to Questions – 12-21-20 | Def. | | | | | | F.R.E. 401, 402, 403, 404. |
| 143. | | Joppy's Application for RN ICU/CCU Nights – 05-03-17 | Def. | | | | | | F.R.E. 401, 402, 403, 404, 608(b). |
| 144. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 145. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 146. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 147. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 148. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 149. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 150. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 151. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | F.R.E. 401, 402, 403 |
| 152. | | Correspondence about and/or with Joppy | Def. | Def. | | | | | |
| 153. | | Correspondence about and/or with Joppy | Def. | | | | | | F.R.E. 106, 403 |
| 154. | | Correspondence about and/or with Joppy | Def. | | | | | | F.R.E. 401, 402, 403 |
| 155. | | Correspondence about and/or with Joppy | Def. | | | | | | |
| 156. | | Correspondence about and/or with Joppy | Def. | | | | | | |
| 157. | | Correspondence about and/or with Joppy | Def. | | | | | | |
| 158. | | Correspondence about and/or with Joppy | Def. | | | | | | F.R.E. 401, 402, 403 |
| 159. | | Brown – TMCA Certified/ Official Medical Record | Both | Def. | | | | | |
| 160. | | Brown – Patient Audit Log & Key | Def. | Def. | | | | | |
| 161. | | Ulrich correspondence | Def. | Def. | | | | | F.R.E. 106, 401, 402, 403, 901 |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | with Andrews 5/31 – 6/3/2019 | | | | | | | |
| 162. | | TMCA End of Life/Intensive Comfort Order Set | Def. | Def. | | | | | |
| 163. | | Unemployment File | Def. | | | | | | F.R.E. 401, 402, 403, 404, 608(b). |
| 164. | | TMCA Substance Use in the Workplace Policies | Def. | Def. | | | | | F.R.E. 401, 402, 403, 404, 608(b). |
| 165. | | TPCA Reasonable Suspicion Checklist | Def. | Def. | | | | | F.R.E. 401, 402, 403, 404, 608(b). |
| 166. | | TMCA applicants not hired due to marijuana | Def. | Def. | | | | | F.R.E. 401, 402, 403, 404, 608(b). |
| 167. | | TMCA employees terminated due to marijuana | Def. | Def. | | | | | F.R.E. 401, 402, 403, 404, 608(b). |
| 168. | | Joppy New Hire Paperwork | Def. | Def. | | | | | F.R.E. 401, 402, 403, 802 |
| 169. | | Exemplary endotracheal and related tubing | Def. | Def. | | | | | F.R.E. 401, 402, 403. Motion in Limine |

19

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 170. | | Yolanda Anderson – Report dated July 31, 2021 | Def. | | | | | | F.R.E. 401, 402, 403, 703, 802 |
| 171. | | Courtney Thompson Report dated July 19, 2021 | Def. | | | | | | F.R.E. 401, 402, 403, 703, 802 |
| 172. | | TMCA Policy & Procedure re Extubation | Def. | | | | | | F.R.E. 401, 402, 403 |
| 173. | | Joppy's Social Media | Def. | | | | | | F.R.E. 401, 402, 403, 404(a), 608(b) |
| 174. | | Email – Wanting to Know if an occurrence was submitted – 05-30-19 | Def. | | | | | | |
| 175. | | Social Media Post – White People are Scary – 07-05-21 | Def. | | | | | | F.R.E. 401, 402, 403, 404(a), 608(b) |
| 176. | | Email Chain – Roberts to Joppy re Documentation – 08-07-20 | | | | | | | F.R.E. 401, 402, 403, 802 Collateral Issue |
| 177. | | Video re Most Dangerous Woman in the World | | | | | | | F.R.E. 401, 402, 403, 404(a), 608(b) |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 178. | | Letter – BON to Joppy re Complaint – 06-10-19 | Def. | | | | | | F.R.E. 401, 402, 403, 802 Collateral Issue |
| 179. | | St. Josephs' Certification Letter and Documents | Def. | | | | | | F.R.E. 401, 402, 403, 404(a), 608(b) Collateral Issue |
| 180. | | Board of Nursing Certification Letter | Both | | | | | | F.R.E. 401, 402, 403, 802 Collateral Issue |
| 181. | | Email – Page to Guy re Employee Engagement Action Planning – 03-06-19 | Def. | | | | | | F.R.E. 106, 403 |
| 182. | | Job Application | Def. | | | | | | F.R.E. 401, 402, 403, 404(a), 608(b) Collateral Issue |
| 183. | | Email re Ventilator 05/30/19 with attachments | Def. | | | | | | |
| 184. | | Corrective Action Form (draft) | Def. | | | | | | F.R.E. 401, 402, 403, 1002 |
| 185. | | Conversation Guidelines re Low Performer/DQ Joppy | Def. | | | | | | F.R.E. 401, 402, 403 |

**FINAL JOINT EXHIBIT LIST**

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 186. | | Corrective Action re Behavior (draft) | Def. | | | | | | F.R.E. 401, 402, 403, 1002 |
| 187. | | DELETED | | | | | | | |
| 188. | | DELETED | | | | | | | |
| 189. | | DELETED | | | | | | | Cumulative |
| 190. | | Russell File | | | | | | | Duplicative |
| 191. | | DELETED | | | | | | | |

22