

**Juror Question (s)**

38

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Nikki Schoolcraft

Question: Did your employer provide you the training and tools needed to be an "interim supervisor?" During your time at Med Center of Aurora

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. _____

ACTION BY THE COURT:   ☐ Permitted
                       ☐ Denied
                       ☐ Rephrased

**Juror Question (s)**

39

Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.

For Witness: Barnie Andrews

Question: You mentioned that "any staff member has access to meditech." If a staff member enters comments or orders in meditech, Is it automatically signed with their credentials? Just like it is automatically time stamped?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

****************************Juror: Please do not mark below this line****************************

Question No. _____

ACTION BY THE COURT:      ☐ Permitted
                          ☐ Denied
                          ☐ Rephrased