IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00986-CNS-STV

DONQUENICK YVONNE JOPPY,

Plaintiff,

v.

HCA-HEALTHONE LLC d/b/a THE MEDICAL CENTER OF AURORA,

Defendant.

---

## PLAINTIFF'S PROPOSED LIMTING CLOSING INSTRUCTIONS & REQUEST FOR JUDICIAL NOTICE

---

Below are Plaintiff's Proposed Limiting Closing Instructions submitted in opposition to Defendant's Proposed Limited Closing Instructions.

In addition, Plaintiff requests that the Court take judicial notice that the criminal charges against Ms. Joppy were dismissed in the interests of justice.

**Instruction No. __**

You have heard reference in this case to the Attorney General's decision to pursue manslaughter charges against Ms. Joppy related to her actions in the end-of-life care of Patient Brown.  This Court has already determined that the Hospital (including its employees) did not cause the criminal prosecution against Ms. Joppy.  Rather, the Attorney General investigated the circumstances and decided to prosecute Ms. Joppy.  The charges against Ms. Joppy were dismissed in the interests of justice.

**Instruction No. __**

You have heard significant evidence throughout this case about the entirety of Plaintiff's employment.  However, the legal questions before you to decide, as a jury, by a preponderance of the evidence, relate solely to those claims listed in these instructions.  Plaintiff is not pursuing a hostile work environment claim.  But you may consider any prior treatment of Ms. Joppy as evidence of discrimination or retaliation in her termination.