IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 1:22-cv-00986-CNS-STV | Date: August 18, 2025 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DONQUENICK YVONNE JOPPY | *Jennifer Robinson* |
| | *Robert Leichty* |
| | *Lisa Sahli* |
| | *Brian Sanford* |
| | *Elizabeth Sanford* |
| **Plaintiff** | |
| v. | |
| HCA-HEALTHONE LLC | *Andrew Barr* |
| | *David Powell* |
| | *Martine Wells* |
| **Defendant** | |

## COURTROOM MINUTES

**JURY TRIAL DAY SIX**

**Court in Session: 8:17 a.m.**

Appearance of counsel. Also present at defense table is Dianne Hannon.

Jury instructions reviewed and ruled upon as stated on the record.

**9:09 a.m.**     **Court in recess.**
**9:41 a.m.**     **Court in session.**

Final instructions reviewed.

Jury present.

Jury instructed.

10:14 a.m.     Closing argument by Mr. Sanford.

10:45 a.m.     Closing argument by Mr. Barr.

11:21 a.m.     Rebuttal closing argument by Mr. Sanford.

Bailiff sworn. Jury excused to begin deliberations.

**Court in Recess:  11:29 a.m.**        Trial continued.        Total time in Court:  02:40

Clerk's note:   Jury paused deliberations around 4:00 p.m. and will return tomorrow at 8:30 a.m. to continue deliberations.