UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00986-CNS-STV

DONQUENICK YVONNE JOPPY,

    Plaintiff,

v.

HCA-HEALTHONE LLC d/b/a THE MEDICAL CENTER OF AURORA,

    Defendant.

---

## VERDICT FORM

---

WE THE JURY render our verdict in the above-captioned case:

**PART ONE**: RETALIATION IN VIOLATION OF 42 U.S.C. § 1981

    Question 1: Did Plaintiff Joppy prove by a preponderance of the evidence that but for her complaint about race discrimination Defendant HCA-HealthOne LLC d/b/a The Medical Center of Aurora would not have terminated her?

        ✓ YES     ____ NO

If your answer is "No," you have found a verdict for Defendant HCA-HealthOne LLC d/b/a The Medical Center of Aurora on Plaintiff Joppy's retaliation claim and you should proceed to PART TWO.

If your answer is "Yes," you have found a verdict for Plaintiff Joppy on her retaliation claim and you should proceed to PART TWO.

1

**PART TWO**: RACE DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 1981

Question 2: Did Plaintiff Joppy prove by a preponderance of the evidence that but for her race Defendant HCA-HealthOne LLC d/b/a The Medical Center of Aurora would not have terminated her?



__✓__ YES  _____ NO

If your answer is "No," you have found a verdict for Defendant HCA-HealthOne LLC d/b/a The Medical Center of Aurora on Plaintiff Joppy's race discrimination claim. If your answer is "Yes" to Question 2 you have found a verdict for Plaintiff Joppy on her race discrimination claim.

If you answered "Yes" to Question 1 or Question 2 you should proceed to PART THREE. If you answered "No" to Question 1 and Question 2 you should proceed to PART FOUR.

2

**PART THREE**: DAMAGES. If you answered "Yes" to either Question 1 or Question 2, you must consider whether Plaintiff Joppy is entitled to any damages and answer the following questions.

Question 3: Did Ms. Joppy prove by a preponderance of the evidence that she is entitled to recover compensatory damages from HCA-HealthOne LLC d/b/a The Medical Center of Aurora for past and present emotional distress, pain, suffering, inconvenience, mental anguish, humiliation, embarrassment, or damage to reputation?

✓ YES          ____ NO

If your answer is "Yes," in what amount? $ 5,000,000.00

If your answer is "Yes" or "No," proceed to question 4.

Question 4: Do you find by a preponderance of the evidence that HCA-HealthOne LLC d/b/a The Medical Center of Aurora intentionally engaged in discrimination or retaliation with malice or with reckless indifference to Plaintiff Joppy's rights under Section 1981 such that Plaintiff Joppy is entitled to recover punitive damages?

✓ YES          ____ NO

If your answer is "Yes," in what amount? $ 15,000,000.00

If your answer is "Yes" or "No," proceed to PART FOUR.

Proceed to PART FOUR, CERTIFICATION.

---

3

## PART FOUR: CERTIFICATION

Proceed to sign the Certification section set forth below.

### CERTIFICATION

If your answers to the foregoing questions constitute your true verdict in this case, sign and date the following section. Once you have done so, inform the Court by note that you are ready to return to the courtroom for announcement of your verdict.

By our signatures and our answers to these questions, we hereby certify that the answers on this form represent the unanimous verdict of the jury.



4