IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00986-CNS-STV

DONQUENICK YVONNE JOPPY,

Plaintiff,

v.

HCA-HEALTHONE LLC d/b/a THE MEDICAL CENTER OF AURORA,

Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of nine duly sworn to try the issues herein with United States District Judge Charlotte N. Sweeney presiding, and the jury has rendered a verdict.  Pursuant to the jury verdict, it is

ORDERED that judgment is entered in favor of the plaintiff, Donquenick Yvonne Joppy, and against the defendant, HCA-HealthOne LLC d/b/a/ The Medical Center of Aurora, in the amount of $5,000,000 (five million dollars) as to compensatory damages and $15,000,000 (fifteen million dollars) as to punitive damages. It is

FURTHER ORDERED that the plaintiff is awarded costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated: August 20, 2025

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ J. Dynes
    J. Dynes, Deputy Clerk