IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-00986-CNS-STV

DONQUENICK YVONNE JOPPY,

    Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a THE MEDICAL CENTER OF AURORA,

    Defendant.
_____

**DECLARATION OF DAROLD W. KILLMER IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEY FEES**
_____

    1.    I am a partner in the Denver, Colorado law firm of KILLMER LANE, LLP. My practice consists of plaintiffs' civil rights and employment discrimination cases. I represent plaintiffs who bring claims pursuant to federal and state civil rights statutes, and/or common law provisions representing individuals against corporations and governmental agencies and their agents that have violated our clients' legal rights. I have practiced civil rights and employment law in private practice since 1986, and continuously with my current law partner David A. Lane since 1996. Our law firm currently has seven lawyers and 10 additional legal and non-legal staff.

    2.    Prior to forming my present law firm and its predecessors, I was a senior trial attorney for the United States Equal Employment Opportunity Commission ("EEOC") (1995-96). Among other responsibilities I embraced at the EEOC, I was lead trial attorney in the age discrimination class action lawsuit *EEOC v. Martin Marietta Corp.*, (D. Colo.), at the time the largest age discrimination class action in the history of the United States. That class action was successfully settled on behalf of over 2,000

1

EXHIBIT 10

class members with a value estimated by presiding federal district court Judge Wiley Daniel of nearly $200 million.

3. Prior to my tenure at the EEOC, I was a partner in the Denver law firm of Feiger, Collison & Killmer, P.C., a plaintiffs' civil rights and employment law firm. While at Feiger, Collison & Killmer, P.C., I represented hundreds of individuals in a variety of employment and civil rights disputes, including matters of police and governmental misconduct, and litigated scores of such cases. My entire professional practice of law since graduating from law school in 1986 has been devoted to representing individuals in civil rights and employment law matters.

4. I was an adjunct professor of law at the University of Denver College of Law between 1990 and 2004, where I taught employment law. I also served for many years on the faculty of the National Institute of Trial Advocacy, teaching principles of trial practice. I have also lectured frequently on topics related to civil rights and employment law, to business groups, continuing legal education seminars and conferences, schools from grade school through postgraduate college courses, and civic organizations. I have made presentations related to civil rights and employment law to such groups as the Colorado Bar Association, the Colorado Trial Lawyers Association, the National Employment Lawyers Association, the Plaintiffs Employment Lawyers Association, the Judicial Arbiter Group, the Institute for Advanced Legal Studies, the Equal Employment Opportunity Commission, and Doyle's Inns of Courts. I have for more than the last twenty-five years been included in THE BEST LAWYERS IN AMERICA, appearing in both the Labor and Employment Law section and the Civil Rights section. I have been consistently selected in Colorado Super Lawyers. I have

been selected by 5280 Magazine as one of the "Top 100 Lawyers in Colorado," among the "Top 50 Lawyers in Colorado," as a "Top Civil Rates Lawyer in Denver," and "Top Employment Lawyer." I have been selected through a peer-review process by Best Lawyers in America as "Denver's Best Civil Rights Lawyer." I was selected by Best Lawyers in America as "Lawyer of the Year" for Individuals in Employment Law in Denver, and recently as "Lawyer of the Year" in Civil Rights for 2026. I have long been listed as a Best Lawyer in the areas of Civil Rights Law, Employment Law - Individuals, and Litigation-Labor and Employment. I have been selected as "Lawyer of the Year" by Law Week Colorado. I have been "AV-Preeminent" rated for over 30 years by Martindale Hubbell, the highest rating obtainable for professional competence, integrity, and ethics. I have been inducted as a member of the American Board of Trial Advocates (ABOTA) and also as a Fellow in the College of Labor and Employment Lawyers. I have received several additional awards and accolades for my work in civil rights and employment law.

5. I served as the Editor of the Constitutional Law and Civil Rights column of Trial Talk, the monthly publication of the Colorado Trial Lawyers Association for about twenty years. I have published numerous articles related to employment law and civil rights in The Colorado Lawyer, Trial Talk and elsewhere.

6. I am a member of the National Employment Lawyers Association and the Colorado affiliate, Plaintiffs Employment Lawyers Association. I was Co-President of the Colorado PELA in 1990. I served on the PELA Board of Directors for more than fifteen years. I have at various times served on the Board of Directors, the Executive Committee, and the Legal Panel of the American Civil Liberties Union of Colorado.

7.  I have been retained on many cases as an expert witness in state and federal courts in the areas of civil rights, police misconduct, employment law, and attorney fee petitions. My expert testimony on issues related to the reasonableness of attorneys' hourly rates and the reasonableness of the hours expended in civil rights litigation has been accepted and relied upon by many courts in making attorney fee determinations under the civil rights statutes.

8.  In the last several years, my expert testimony was accepted and relied upon by U.S. District Judge Raymond P. Moore in awarding attorney fees in their entirety to the prevailing party in *Kolbe v. Endocrine Services, P.C.*, No. 17-cv-01871-RM-SKC, 2024 WL 643039 (D.Colo. Feb. 15, 2024). Likewise, Arapahoe County District Judge Elizabeth Volz accepted my expert testimony as one of the bases for approving plaintiff's attorney fee petition in *Mosley v. Daves*, Case Number: 2022CV31471, Arap. Dist. Ct., Div. 202 (Nov. 14, 2023). In 2017, in *Warner v. Aurora Public Schools*, No. 14-cv- 002359 (D.Colo.), Federal Judge Richard P. Matsch accepted my expert opinion testimony in awarding plaintiff her attorney fees at the then-claimed rate of $500 per hour. *Id.* (Doc. 86, Jan. 9, 2017). Federal Judge Wiley Daniel accepted my expert opinion testimony regarding plaintiff's fee petition in the matter of *Kurlander v. Kroenke Arena Company, LLC*, No. 16-cv-02754-WYD-NYW. In another decision, the Honorable Judge Richard P. Matsch accepted my expert opinion and relied upon it in making his attorney fee determination and the disability discrimination case of *Longdo v. Pelle,* No. 15-cv- 01370-RPM, 2016 WL 10591328 (D. Colo., Sept. 8, 2016). Also, he Honorable Judge John L. Kane, Jr. accepted my expert opinion testimony and relied upon it in making his attorney fee determination in the disability

discrimination case of *Lucas v. K-Mart Corporation,* 2006 WL2729260 (D.Colo. 2006)

9. Plaintiffs' counsel in this case, Jennifer Robinson, has asked me to provide this declaration addressing the reasonableness of her hourly rate. Based upon my experience and upon significant research in the area, I am very familiar with the hourly rates charged by members of the employment bar in the Colorado community. Moreover, as counsel for prevailing plaintiffs in previous cases, and as described above, I have submitted fee petitions and affidavits in support of such petitions in many other cases, including in cases before this Court.

10. My current hourly rate is $750/hour, as is my partner David A. Lane's. My firm's Of Counsel, Tom Kelley, also charges $750 per hour. These are the hourly rates charged to clients who have retained our firm on an hourly rate fee agreement, and there are many. Our rates have repeatedly been approved by judges in state and federal courts over the last 20 years. There are seven lawyers in our firm, with rates ranging from $385/hour to $750/hour. We bill our legal staff at rates ranging from $120/hour to $240/hour, depending on experience, and a number of other factors.

11. I have billed at my current hourly rate of $750/hour for the past year and billed at my previous rate of $700/hour for the three years prior to that, and prior to that my rate was $650/hour from 2018-2022. My rate is anticipated to be increased to $825/hour in 2026. These periodic increases represent increases of about 3% per year. Those previous rates have been approved by federal and state courts on numerous occasions. For example, in 2020, my then hourly rate of $650 per hour was approved by Hon. Timothy Tymkovich in the matter of *O'Neal v. Fremont County, et al.* 16-cv-01005-TMT-KLM (D.Colo). Colorado State Courts had also approved my hourly rate of $650 in

*Gutierrez v. Startup Pavilion Inc., et al.*, 2018CV31923 (Denver Dist. Court, March 25, 2020) and *In the Matter of: Estate of Beaty, et al.*, 18PR30075 (Pueblo Probate Court, July 18, 2018) for work performed in *K.S., et al. v. Colorado Department of Human Services, et al.*, 17-cv-67-PAB-MLC (D. Colo.). In addition, my firm's partner rate of $700/hr. approved by the Hon. Andrew Luxen in the matter of *BKP v. Killmer Lane & Newman*, 2019CV31940 (Denver Dist. Court, January 11, 2024). Also, Mr. Kelley and my partner David Lane had their previous hourly rates of $650 approved in *Peck v. Barnes*, Civil Action No. 1:19-cv-03450-RJB (D. Colo.) for work performed in 2019-2022.

12.     I am familiar with and have reviewed the backgrounds and credentials of lead counsel, Jennifer Robinson, who worked on this matter representing the Plaintiff. I have known Ms. Robinson for many years as one of the more experienced and well-regarded employment attorneys in the State of Colorado. She is a determined and effective advocate for her clients. Ms. Robinson has been practicing employment law in Colorado for over 30 years and has been the principal of her law firm, Robinson & Associates Law Office, LLC, since 2000. She is a former board member of the Plaintiff's Employment Law Association (PELA), and a long-time member of the National Employment Law Association (NELA). She is also a frequent speaker on various employment related topics attorneys in Colorado and elsewhere. She has successfully litigated and mediated scores of employment cases in her career. Her reputation is excellent throughout the legal community, and her work is top-notch, as demonstrated by the substantial verdict obtained on behalf of her client in this case.

13.     Based on this knowledge, my familiarity with hourly rates charged by attorneys at their level of experience, the current hourly rates charged by my law firm,

EXHIBIT 10

and my firm's own awards of fees described above, it is my opinion Ms. Robinson's requested hourly rate of $720 is reasonable when compared with experienced plaintiff's employment lawyers in the Denver market and customary pursuant to the statutory and common law principles and authorities governing the award of attorney fees in civil cases which allow for attorney fees to be awarded to a prevailing party.

14. I am aware of large defense firms, in Denver and nationally, who regularly bill in excess of $1,000 per hour for partners of similar experience, and it is well-established that fee-shifting statutes entitle prevailing plaintiffs to rates that reflect market parity with defense counsel. For example, I am aware that defense counsel in this case is Dave Powell. Mr. Powell's firm in 2021 was Brownstein Hyatt Farber Schreck, LLP, and Powell's current partner Stan Garnett had an hourly rate at that firm of $875/hour in August 2021, over 4 years ago, and that law firm charged out its partners at rates up to $1,430/hour at that time. Ms. Robinson's current claimed rate is substantially lower than those rates charged by defense counsel many years ago, and are a bargain in comparison, especially when accounting for the tremendous result in this case.

15. In sum, the hourly rate sought by Ms. Robinson is normal and within the bounds of reasonable under the application of customary factors for determining the reasonableness of attorney rates in employment litigation.

I, Darold W. Killmer, declare under penalty of perjury under the laws of the State of Colorado and the United States of America that the foregoing is true and correct to the best of my knowledge and information.

EXHIBIT 10

Executed on October 27, 2025 at Denver, Colorado.

_____
Darold W. Killmer