IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 22-CV-00986-CNS-STV

DONQUENICK YVONNE JOPPY,

Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a THE MEDICAL CENTER OF AURORA,

Defendant.

---

### DECLARATION OF BEN LEBSACK

I, Ben Lebsack, under penalty of perjury, do hereby depose and say:

1.      My name is J. Bennett Lebsack, #45206. I am a member in good standing of the bar of Colorado, licensed since 2012. I am also admitted to practice before the United States Court of Appeals for the Tenth Circuit and the United States District Court for the District of Colorado.

2.      Plaintiff's counsel in this case, Jennifer Robinson, asked that I provide this declaration addressing the reasonableness of the hourly rates billed in this case. It is my opinion that Jennifer Robinson's rate of $720/hr, Robert Liechty's rate of 600/hr, Lisa Sahli's rate of $500/hr, Brain Sanford's rate of $1,000/hr, Elizabeth Sanford's rate of $550/hr, Rober McKnight's rate of $500, and paralegal rates of $180-220/hr are reasonable given the amount of work, demonstrated skill, the result achieved, and the market-rate for employment law attorneys in the Denver-metro area. The rates of Ms. Robinson, Mr. Liechty, and Ms. Sahli are lower than what attorneys of their experience often charge in Denver, CO.

EXHIBIT 12

3.      I graduated from Grinnell College in 2004 with Bachelor of Arts degrees in religious studies. I graduated magna cum laude from University of Minnesota Law in 2012. I was licensed to practice law in Colorado in 2012. I have also been admitted to practice law in the United States District Court for the District of Colorado and the United States Courts of Appeal for the Tenth Circuit.

4.      During law school, I clerked at the Equal Employment Opportunity Commission and for Judge Daniel C. Moreno of the Fourth Judicial District of Minnesota. After law school, I worked for Arckey & Associates, representing individuals and corporations in employment and business litigation. In 2016, I joined Lowrey Parady, LLC. In 2017, I became a partner in Lowrey Parady Lebsack, LLC. Throughout my time at this firm, I have represented employees in disputes with their employers and former employers, including over one hundred breach of contract claims (not all resulting in litigation).

5.      I have been lead counsel on dozens of civil cases. I have represented dozens of plaintiffs and several defendants in complex civil litigation through settlement and trial in various courts throughout Colorado, including the Unites States District Court and Denver District Court. I have worked with co-counsel on many of those cases. I have prosecuted legal malpractice and legal fee claims. I have advised and represented many lawyers in a variety of situations including matters involving claims that the lawyer violated a rule of professional conduct. I have also advised lawyers on their ethical duties to other lawyers, clients, the public, and the court. I have opined on the reasonableness of fees in six cases. I review and collect fee awards to stay familiar with what lawyers charge and what courts determine to be reasonable.

6.      During the last six years, I have been the lawyer primarily charged with the

EXHIBIT 12

responsibility of the firms' compliance with the Colorado Rules of Professional Conduct. I am regularly consulted and employed by lawyers to offer opinions concerning legal ethics, primarily relating to issues that arise in a litigation context, including regarding the reasonableness of legal fees and costs. I estimate that I have been retained to advise about legal ethics issues about 15 times during my career, including several about the reasonableness of legal fees.

7.      I have been a member of the Colorado Bar Association Ethics Committee since 2014. The CBA Ethics Committee considers a wide range of issues relating to the legal profession and offers formal and informal ethics opinions to assist members of the bar. I have been a member of the National Employment Lawyers Association Ethics Committee since 2016. The NELA Ethics Committee offers informal ethics opinions to assist attorneys representing employees and regularly presents on ethics issues concerning employment lawyers. A majority of the issues the Committee deals with relate to fees.

8.      I have presented dozens of times on ethics topics, including several related to fees: EthicsMania 2024, Colorado Trial Lawyers Association (December 2024); EthicsMania 2023, Colorado Trial Lawyers Association (December 2023); EthicsMania 2023, Colorado Trial Lawyers Association (November 2022); Attorneys Behaving Badly Part 2, Colorado Plaintiff Employment Lawyers Association Annual Retreat (August, 2021); Ethics Corner, Colorado Trial Lawyers Association Blockbuster (January, 2021); Ethical Considerations In Dividing Fees With Co-Counsel And Among Multiple Clients, National Employment Lawyers Association (September, 2019); Answers to Ethical Questions Commonly Posed by NELA Lawyers, National Employment Lawyers Association Annual Convention (August, 2019); C.R.E.A.M. Considerations Relevant to Ethics About Money or CRPC Rules Everything Around Fees,

EXHIBIT 12

Colorado Trial Lawyers Association Annual Convention (August, 2018); and Protect Your Clients and Your Fees: Ethical Considerations in Preparing Initial Client Communications and Fee Agreements, Colorado Trial Lawyers Association and Colorado Plaintiff Employment Lawyers Association Joint Plaintiff's Employment Law 101 Seminar (September, 2016)

9.      I have written extensively on employment claims and ethics matters. Along with Ariel DeFazio, I wrote the LexisNexis treatise on Employment and Labor Law.

10.      I am the First Vice President of the National Employment Lawyers and serve on the board of directors of the Colorado Trial Lawyers. I am a past president of the Colorado Plaintiff Employment Lawyers Association.

11.      Through my participation in almost all the relevant organizations for employment lawyers on a national and state level, I am particularly familiar with the bar that represents employees in the State of Colorado. Given my work as a consultant and expert witness offering opinions regarding the reasonableness of legal fees, I am familiar with standards related to determining the reasonableness of fees and the billing rates of comparable lawyers in Colorado. When there is a plaintiff verdict in an employment case, I contact the lawyers and ask their current billing rates.

12.      In my experience, it is vital that plaintiffs' side employment lawyers who take on cases be paid their full market rate under fee shifting provisions. This encourages attorneys to take on risky employment cases, which ultimately benefits Colorado employees and society through enforcement of employees' contractual and civil rights.

EXHIBIT 12

13.    Through my practice I have reviewed caselaw from the U.S. District Court for the District of Colorado regarding reasonable fees and am aware of the general market for hourly fees in the state of Colorado.

14.    I have reviewed the Declaration of Jennifer Robinson in this matter.

15.    I am familiar with Ms. Robinson and through working the Colorado Plaintiff Employment Lawyers Board of Directors and on continuing legal education seminars with her. I am aware that Ms. Robinson is one of the premier plaintiff employment trial lawyers in the State of Colorado.

16.    I am familiar with Lisa Sahli and Robert Liechty through my participation in bar associations such as PELA and the National Employment Lawyers Association.

17.    I am familiar with Brian Sanford and Elizabeth Sanford through my participation in employment bar associations such as NELA. I have presented continuing legal education programs with Ms. Sanford and spoken with both individuals at NELA events. I am aware of their reputation and history of successful verdicts.

18.    In my experience and knowledge of the Colorado legal market for plaintiffs' side employment attorneys, I believe that the following hourly rates for the attorneys who represented the Plaintiff in the above captioned matter are reasonable:

a.    Jennifer Robinson: $720 (this is lower than lead trial lawyers in plaintiff employment cases with less experience)

b.    Robert Liechty: $600 (this is lower than lawyers in plaintiff employment cases with less experience)

EXHIBIT 12

c. Lisa Sahli: $500 (this is lower than lawyers in plaintiff employment cases with less experience)

d. Brian Sanford: $1,000

e. Elizabeth Sanford: $550

f. Robert McNight: $500

g. Gwen Burton (Senior Paralegal): $220

h. Leah Robinson (Junior Paralegal): $180

19.    Given the complexity of employment discrimination cases, the risk associated with employment cases, the public interest aspect of employment cases, their reputations and relevant experience, and their decades of experience, the above hourly rates are reasonable and consistent with the legal market in Colorado and the Denver metropolitan area, in my opinion.

20.    I testified and was qualified an expert on the reasonableness of fees and billing in employment in litigation in *Weber Facial Plastic Surgery, PC v. Gilbert*, 2022CV030357 (Douglas Co. Dist. Ct. Feb. 18, 2025). My hourly rate is $600.

**I swear and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.**

10/27/2025_____          _____

Date                                              Ben Lebsack

EXHIBIT 12