IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00986-CNS-STV

DONQUENICK YVONNE JOPPY,

Plaintiff,

v.

HCA-HEALTHONE LLC d/b/a THE MEDICAL CENTER OF AURORA,

Defendant.

---

**SECOND AMENDED FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of nine duly sworn to try the issues herein with United States District Judge Charlotte N. Sweeney presiding, and the jury has rendered a verdict. Pursuant to the jury verdict and the ORDERS issued August 14, 2026, at ECF No. 414 and August 24, 2026, at ECF No. 420, it is

ORDERED that judgment is entered in favor of the plaintiff, Donquenick Yvonne Joppy, and against the defendant, HCA-HealthOne LLC d/b/a/ The Medical Center of Aurora, in the amount of $5,000,000 as to compensatory damages and $2,500,000 as to punitive damages. It is

FURTHER ORDERED that the plaintiff is awarded attorney fees in the amount of $2,003,747.25 and nontaxable costs in the amount of $8,978,58. It is

FURTHER ORDERED that the plaintiff is awarded taxable costs in the amount of $32,133.47 (see ECF No. 395). It is

FURTHER ORDERED that post-judgment interest as to the damages award shall accrue at a rate of 3.91% from August 20, 2025, the date of the original judgment. It is

FURTHER ORDERED that post-judgment interest as to the taxable costs award shall accrue at a rate of 3.75% from September 9, 2025. It is

FURTHER ORDERED that post-judgment interest as to the attorney fees award and the nontaxable costs award shall accrue at a rate of 4.08% from August 14, 2026, the date of the Amended Judgment.

Dated: August 24, 2026

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ J. Dynes
J. Dynes, Deputy Clerk